IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02658-PAB-KLM

ROBERT FRANK HARRIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Strike Plaintiff's "Response" to Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss** [Docket No. 30; Filed May 6, 2010] (the "Motion"). Defendant objects to the unauthorized filing of a surreply by Plaintiff [Docket No. 28]. Although surreplies are not contemplated by the Federal or Local Rules of Civil Procedure, given Plaintiff's *pro se* status, the Court elects to consider it.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Defendant has failed to articulate a sufficient basis for striking Plaintiff's pleading. *See* Fed. R. Civ. P. 12(f). However, **Plaintiff is warned that he shall not file surreplies to future motions, nor shall he file additional pleadings relating to Defendant's Motion to Dismiss**. That motion is fully briefed and will be resolved in due course.

Dated: May 14, 2010